IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN ARISTA, )<br>TDCJ No. 2397313, )<br> )<br>    Petitioner, )<br> )<br>VS. )<br> )<br>DIRECTOR, TDCJ-CID, )<br> )<br>    Respondent. ) | CIVIL ACTION NO.<br><br>3:24-CV-2034-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. In response, the petitioner filed a motion for an extension of time to pay the requisite filing fee (docket entry 7). To the extent that the petitioner objects to the findings, conclusions, and recommendation, the District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remainder for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The court therefore **DENIES** Petitioner Stephen Arista leave to proceed *in forma pauperis* and **ORDERS** that he pay the $5.00 filing fee within 21 days of this order. If he does not, the court

will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

The petitioner's motion for an extension of time to pay the filing fee (docket entry 7) is **DENIED** as moot.

**SO ORDERED**.

January 3, 2025.

                                                    */s/ A. Joe Fish*
                                                    **A. JOE FISH**
                                                    **Senior United States District Judge**