IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEPHEN ARISTA, | ) | |
| TDCJ No. 02397313, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:24-CV-2034-G-BN |
| DIRECTOR, TDCJ-CID, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of

the opinion that the Findings and Conclusions of the Magistrate Judge are correct,

and they are accepted as the Findings and Conclusions of the court.  For the reasons

stated in the Findings, Conclusions, and Recommendation of the United States

Magistrate Judge, the Petition for a Writ of Habeas Corpus by a Person in State

Custody (docket entry 3), will be **DENIED** by separate judgment.

In accordance with FED. R. APP. P. 22(b) and 28 U.S.C. § 2253(c) and after

considering the record in this case and the recommendation of the Magistrate Judge,

the petitioner is **DENIED** a Certificate of Appealability.  The court adopts and incorporates by reference the Magistrate Judge's Findings, Conclusions, and Recommendation in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong" or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

In the event that the petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

**SO ORDERED**.

April 21, 2026.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**

- 2 -